Hal S. Lattimore, of Fort Worth, for plaintiff in error.

R. L. Graves, of Brownfield, for defendant in error.

**PER CURIAM.**

The application for writ of error is refused, because no motion for rehearing was filed in the Court of Civil Appeals, 134 S. W.2d 316, and it is not made to appear, either in the application for the writ or in the motion filed in the Court of Civil Appeals for leave to file a motion for rehearing after the expiration of the time fixed by Art. 1877, Revised Civil Statutes of 1925 that the Court of Civil Appeals abused its discretion in overruling the said motion for leave to file a motion for rehearing.

**MORELAND v. QUANTE.**

**No. 24572.**

Supreme Court of Texas.

Dec. 6, 1939.